UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE DIAZ-PEREZ,<br><br>  Defendant. | NOS.  CR-08-6003-RHW<br>      CV-09-5088-RHW<br><br>**ORDER DENYING PENDING MOTIONS** |

Before the Court are Defendant's Motions to Amend/Correct Judgment (Ct. Recs. 48 and 57), filed while Defendant's case was on appeal, and denied by the Ninth Circuit in its Mandate dismissing Defendant's appeal (Ct. Rec. 58).

**ACCORDINGLY,** Defendant's Motions to Amend/Correct Judgment (Ct. Recs. 48 and 57) are **DENIED as moot.**

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to the Government and to Defendant.

**DATED** this 28th day of December, 2010.

  *s/Robert H. Whaley*
  ROBERT H. WHALEY
  United States District Judge

Q:\CRIMINAL\2008\Diaz-Perez\denymoot.ord.wpd

**ORDER DENYING PENDING MOTIONS** * 1